# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. TODD CARTA                                    Docket No. 3:02CR00099(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Todd Carta who was sentenced to 60 months' imprisonment for a violation of 18 U.S.C. 2252A(a)(1), Transportation of Child Pornography and Criminal Forfeiture, in violation of 18 U.S.C. Section 2253 by the Honorable Dominic J. Squatrito, United States District Judge sitting in the court at Hartford, Connecticut on April 9, 2002 who fixed the period of supervision at 3 years which commenced on March 9, 2007 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
1) The defendant shall participate in a program approved by the U.S. Probation Office for mental health treatment, either inpatient or outpatient, with a specific concentration of anger management counseling. The defendant shall pay all or a portion of the costs associated with this treatment, as deemed appropriate by the probation Office;2) The defendant shall participate in a program approved by the U.S. Probation Office for sex offender treatment of individuals with sexual disorders. The defendant shall also participate in polygraph examinations administered by a specially trained polygraph examiner for treatment and supervision purposes. Mr. Carta shall pay all or a portion of the costs associated with treatment, as deemed appropriate by the U.S. Probation Office;           PLEASE SEE PAGE 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1:** Mandatory Condition:" You shall report in person to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons."

On March 9, 2007, Mr. Carta was released from FCI Allenwood. He has failed to contact the Probation Office and his current whereabouts are unknown and he is considered an absconder.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue tolling the period of supervision so that Mr. Carta may be brought before the Court to show cause why his term of supervision should be revoked.

**ORDER OF COURT**

Considered and ordered this ___15th___ day of March, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

_____
Steven J. Lambert
Senior United States Probation Officer

Place ___HARTFORD, CT___

Date ___MARCH 15, 2007___

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this __15th__ day of March, 2007, at Hartford, Connecticut, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alfred V. Covello
Senior United States District Judge

CONDITIONS:

3) The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which shall include random testing. The defendant shall pay all or a portion of the costs associated with his treatment, as deemed appropriate by the U.S. Probation Office; 4) The defendant shall not be allowed to be in the company of any child under the age of 18 years without another adult present. The adult supervisor shall first be approved by the U.S. Probation Office and the counselor for the sexual offender program; 5) The defendant shall submit his person, residence, office, or vehicle to a search conducted by the U.S. Probation Office, at a reasonable time and in a reasonable manner, based on reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition; 6) In accordance with 18 U.S.C. §§3563(a)(8) & 3583, along with Guideline §5D1.3(a)(7), it is mandatory that the defendant report the address where he will reside and any subsequent change of residence to the probation officer responsible for supervision, and that the defendant shall register as a sex offender in any state where he resides, is employed, carries on a vocation, or is a student; 7) The defendant shall submit to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purposes of conducting a more thorough inspection, and allow at the direction of the probation officer installation on the defendant's computer, at the defendant's expense, any hardware or software systems to monitor the defendant's computer use; 8) The defendant is restricted from loitering around areas attractive to minors, including, but not limited to shopping center, malls, restaurants and theaters, or other areas designed to be attractive to minors under eighteen years of age, unless accompanied by a pre-approved adult.