UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2007 MAR 19 P 12: 52

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:02CR99 (DJS) |
| TODD CARTA | : |

TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the Honorable **Alfred V. Covello**, United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in **Hartford**, Connecticut and bear the docket number **3:02CR99 (AVC)** _____. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED**.

Dated at Hartford, Connecticut this 19th day of March 2007.

/s/ DJS
Dominic J. Squatrito
U.S. District Judge