UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PROBATION OFFICE

FILED

2007 MAR 22  P 2: 26

DISTRICT COURT

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:02CR00099-1(DJS)

TODD CARTA

## ORDER VACATING WARRANT AND COMPLAINT

Whereas a Warrant was issued on March 15, 2007, charging violation of supervised release, now it seems that the best interest of justice would be served by withdrawal of said Warrant and Complaint as noted on Probation Form 12, and

IT IS HEREBY ORDERED that said Warrant and Complaint be vacated,

Signed and dated at Hartford, Connecticut, this __22NP__ day of March, 2007.

_____
Alfred V. Covello
Senior U.S. District Judge