UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

           vs.           :           CRIMINAL NO.  3:02CR99(AVC)

TODD CARTA           :           May 30, 2007

## MOTION TO UNSEAL TRANSCRIPT

The defendant, Todd Carta, moves to unseal the transcript of the plea proceedings conducted in the captioned case on April 9, 2002.

Mr. Carta's current lawyers, Federal Defenders of Massachusetts, need the transcript in order to effectively represent him in a related matter.

The undersigned has been unable to ascertain the position of the government on this request.

Respectfully submitted,

THE DEFENDANT,
TODD CARTA

Dated:  May 30, 2007           /s/_____
                             Thomas G. Dennis
                             Federal Defender
                             10 Columbus Blvd, FL 6
                             Hartford, CT 06106-1976
                             Bar No. ct05100
                             (860) 493-6260
                             Email: thomas.dennis@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Unseal Transcript has been mailed to Nora Dannehy, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 30th day of May 2007.

           /s/_____
           Thomas G. Dennis