**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:02-CR-0099(AVC) |
| | : | |
| TODD CARTA, | : | |
|   Defendant. | : | |

**ORDER TO SHOW CAUSE**

    On May 30, 2007, the defendant, Todd Carta, filed a motion to unseal the transcript of the proceedings conducted in this case on April 9, 2002.  The government is ordered to show cause, within ten days of the entry of this order, as to why the relief requested in the defendant's motion should not be granted.

    It is so ordered this 13th day of July, 2007, at Hartford, Connecticut.

                                                   /s/
                                    _____
                                    Alfred V. Covello, U.S.D.J.