UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : DOCKET NO: 3:02CR99(AVC) |
| | : |
| V. | : |
| | : |
| TODD CARTA | : JULY 20, 2007 |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
REQUEST TO UNSEAL TRANSCRIPT

The Government has no objection to the unsealing of the transcript of the plea proceedings

for the limited purpose of providing it to the defendant's attorneys, the Federal Public Defenders in

Massachusetts.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


NORA R. DANNEHY
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
TEL. (860) 947-1101
Federal Bar No. ct01942

2

## C E R T I F I C A T I O N

This is to certify that the within and foregoing has been mailed, via first-class mail this 20th

day of July, 2007 to:

Thomas G. Dennis
Federal Defender
10 Columbus Boulevard, Fl 6
Hartford, CT 06106-1976


_____
NORA R. DANNEHY
ASSISTANT UNITED STATES ATTORNEY